# CERTIFICATION

RE:     Lisa Niepert
        17-288-JPG


        I, _____, hereby certify that
               (Name and Title of Authorized Officer - please print)

Lisa Niepert currently has the sum of $_____ on account at Bond County Jail.


                                        _____
                                        Signature of Authorized Officer


Dated: _____



**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**



**Please mail the statement and this completed form to:**
Clerk of Court
United States District Court
Southern District of Illinois
P.O. Box 249
East St. Louis, IL 62201